915 A.2d 638

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Russell BUSKIRK, Appellant.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

Brian Martin Monahan, Esq., for Russell Buskirk.

Robert Eyer, Esq., Northampton County District Attorney's Office, John Michael Morganelli, Esq., Jay William Jenkins, Esq., Northampton County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.